UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WITCHES BREW TOURS LLC | CIVIL ACTION |
| VERSUS | NO. 25-2410 |
| WITCHES BREW COFFEE CO. LLC | SECTION "R" (3) |

### ORDER

The record does not reflect proof of service as to defendant, Witches Brew Coffee Co., LLC.

Accordingly,

IT IS ORDERED that plaintiff shall file proof of service in accordance with Rule 4(l) of the Federal Rules of Civil Procedure on or before March 27, 2026. Failure to effectuate service in accordance with Rule 4 will result in the dismissal of the unserved defendants as set forth in Rule 4(m) and without further notice.

New Orleans, Louisiana, this 24th day of February, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE