AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Witches Brew Coffee Co., LLC**
was received by me on *(date)* **1/8/26**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Deanna Holdcraft (officer)**, who is designated by law to accept service of process on behalf of *(name of organization)* **Witches Brew Coffee Co., LLC 2940 Canal St, New Orleans, LA 70119** on *(date)* **2/24/26** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/24/26**

*Richard Dornbos*
Server's signature

**Richard Dornbos - Private Investigator**
Printed name and title

**1400 Constance, New Orleans, LA**
Server's address

Additional information regarding attempted service, etc:

**Accepted by Ms. Holdcraft inside place of business.**