AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| WITCHES BREW TOURS LLC <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> WITCHES BREW COFFEE CO LLC <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    25-2410 R (3) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WITCHES BREW COFFEE CO LLC
Attn: PaulDeSana
3220 Jefferson Ave.
New Orleans, LA 70125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David W. Nance (La. Bar #25467)
3912 Constance Street
New Orleans, Louisiana 70113
Cell: (504) 450-3938
Email: david@dwnlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Carol L. Michel
*name of clerk of court*

_____
Deputy clerk's signature

Date:   **Nov 28 2025**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Witches Brew Coffee Co, LLC
was received by me on *(date)* 1/8/26 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Deanna Holdcraft (officer) , who is
designated by law to accept service of process on behalf of *(name of organization)* Witches Brew Coffee CO, LLC
2940 Canal St, NewOrleans, LA 70119 on *(date)* 2/24/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 2/24/26

*Richard Dornbos*
Server's signature

Richard Dornbos - Private Investigator
Printed name and title


1400 Constance, New Orleans, LA
Server's address

Additional information regarding attempted service, etc:

Accepted by Ms. Holdcraft inside place of business.