UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WITCHES BREW TOURS LLC | CIVIL ACTION |
| VERSUS | NO. 25-2410 |
| WITCHES BREW COFFEE CO LLC | SECTION "R" (3) |

O R D E R

Plaintiff was ordered to provide proof of service as to defendant Witches Brew Coffee Co., LLC.

A review of the record indicates that summons has been returned executed as to said defendant[1]; accordingly,

The Court ORDERS that the call docket set for March 27, 2026, is satisfied as to the stated defendant.

New Orleans, Louisiana, this __27th__ day of February, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

1   R. Doc. 6.