UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WITCHES BREW TOURS LLC, | § | CIVIL ACTION NO. 2:25-cv-02410 |
| Plaintiff, | § | |
| | § | DISTRICT JUDGE |
| v. | § | SARAH S. VANCE |
| | § | |
| WITCHES BREW COFFEE CO LLC | § | MAGISTRATE JUDGE: |
| Defendant. | § | EVA J. DOSSIER |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Witches Brew Tours, LLC ("Plaintiff"), who respectfully moves this Court to continue the Scheduling Conference currently set for April 21, 2026, at 10:30 a.m.

In support of this Motion, Plaintiff states as follows:

1. Pursuant to the Court's Order Setting Scheduling Conference, the Scheduling Conference in this matter is currently set for April 21, 2026, at 10:30 a.m.

2. Undersigned counsel is scheduled to be in trial at that time and is therefore unable to attend the Scheduling Conference.

3. Undersigned counsel has conferred with counsel for Defendant, who does not oppose this request and has confirmed that April 28, 2026, at 10:30 a.m. is acceptable.

4. This request is made in good faith and not for purposes of delay.

5. Plaintiff respectfully requests that the Scheduling Conference be continued to April 28, 2026, at 10:30 a.m., or to such other date and time as is convenient for the

Court.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted and that the Scheduling Conference be continued accordingly.

Respectfully submitted,

DAVID W. NANCE LAW FIRM LLC

BY:    /s/ David W. Nance

David W. Nance (La. Bar #25467)
3912 Constance Street
New Orleans, Louisiana 70113
Cell:  (504) 450-3938
Email: david@dwnlaw.com

COUNSEL FOR PLAINTIFF
WITCHES BREW TOURS LLC