UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WITCHES BREW TOURS LLC, | § | CIVIL ACTION NO. 2:25-cv-02410 |
| Plaintiff, | § | |
| | § | DISTRICT JUDGE |
| v. | § | SARAH S. VANCE |
| | § | |
| WITCHES BREW COFFEE CO LLC | § | MAGISTRATE JUDGE: |
| Defendant. | § | EVA J. DOSSIER |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Continue Scheduling Conference is hereby GRANTED.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for April 21, 2026, at 10:30 a.m. is CONTINUED to April 28, 2026 at 10:30 a.m.

New Orleans, Louisiana, this _____ day of March 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE