UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WITCHES BREW TOURS LLC, | § | CIVIL ACTION NO. 2:25-cv-02410 |
| Plaintiff, | § | |
| | § | DISTRICT JUDGE |
| v. | § | SARAH S. VANCE |
| | § | |
| WITCHES BREW COFFEE CO LLC | § | MAGISTRATE JUDGE: |
| Defendant. | § | EVA J. DOSSIER |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Witches Brew Tours LLC makes the following disclosure:

Witches Brew Tours LLC is a Louisiana limited liability company.

The members of Witches Brew Tours LLC are:

1. Thomas Cook (51% Class A membership interest)

2. Tracy Cook (49% Class A membership interest)

There is no publicly held corporation that owns 10% or more of Witches Brew Tours LLC.

Respectfully submitted,

DAVID W. NANCE LAW FIRM LLC

BY: /s/ David W. Nance

David W. Nance (La. Bar #25467)
3912 Constance Street
New Orleans, Louisiana 70115

Cell:  (504) 450-3938
Fax:  (504) 355-1669
Email: david@dwnlaw.com

COUNSEL FOR PLAINTIFF
WITCHES BREW TOURS LLC