UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WITCHES BREW TOURS LLC                          CIVIL ACTION

VERSUS                                          NO. 25-2410

WITCHES BREW COFFEE CO LLC                      SECTION: "R" (3)

### ORDER SCHEDULING SETTLEMENT CONFERENCE

**IT IS ORDERED** that a settlement conference is scheduled for **Wednesday, February 24, 2027, at 9:30 a.m.,** before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Requirements.

New Orleans, Louisiana, this 7th day of May, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE